■ In the Matter of the Guardianship of DARRYL P. and Another, Infants. DIANE P., Appellant; NEW YORK FOUNDLING HOSPITAL, Respondent. [643 NYS2d 986]

No appeal lies from a default judgment, and review is permissible only upon an appeal from the denial of a motion to vacate the default (CPLR 5511). Accordingly, respondent-mother's appeal is dismissed (*see*, *Matter of Tyrone W.*, 223 AD2d 367; *Matter of Geraldine Rose W.*, 196 AD2d 313, *lv dismissed* 84 NY2d 967). Concur—Sullivan, J. P., Ellerin, Ross, Nardelli and Tom, JJ.